DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA SANCHEZ** and **CESAR SANCHEZ,**
Appellants,

v.

**DEERFIELD HOTEL ONE, LLC** d/b/a **BEST WESTERN PLUS DEERFIELD BEACH HOTEL & SUITES,**
Appellee.

No. 4D2023-0050

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE21-001038.

Adam J. Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Jordan M. Kirby of Rubenstein Law, P.A., Miami, for appellants.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***